We'll hear argument next in Securities and Exchange Commission v. Fowler 21081 Mr. Delaportis Good morning, your honors. May it please the court. I'm John Delaportis of the law firm of Emmett Marvin and Martin And I'm here today on behalf of the appellant Donald Fowler In our briefs, we've raised a number of points about the legal errors we believe occurred below. In the limited time we have today I'd like to focus on two central issues Jurisdiction and penalties. Both of them implicate judicial estoppel namely the SEC prevailed at trial on one legal theory and Then turned around and argued a different theory for purposes of jurisdiction and for purposes of penalties The law doesn't allow that and therefore judicial estoppel requires reversal Now the gravamen in the SEC's case against my client Mr. Fowler is that for 13 of his customers He allegedly engaged in excess trading causing those clients to lose money When it came time to put its main claims to the jury The SEC convinced the court below not to pull the jury separately for each of these 13 investors Because it was pursuing what they called a quote Single continuing scheme. That's the SEC's language that's not my language and the district court agreed and Adopted the verdict form that the SEC wanted and the trial in its opening and closing Would make very clear that it was trying this as a single continuing scheme Now the strategy earned a lot of advantages for the SEC. They didn't have to put on all 13 witnesses They put a cherry pick of nine of the witnesses all of whom not by coincidence were millionaires were kept off the stand And they just picked the ones that worked and so they had this benefit and then when they pulled the jury They didn't have to go through witness by witness and ask them if they met all the elements of their main causes of action They just had to do it once So they prevailed on that theory and you know good for them, but they're stuck with it now But what they did is they turned around in the penalty phase after the verdict and they told the judge Never mind what we've been arguing for the whole case They're actually 13 separate violations here and we're entitled to 13 separate penalties And now they're telling this court on top of that That this single continuing scheme actually has 13 accrual dates for causes of action And both of those are incorrect and both of those arguments are barred by judicial scope Do you win on on the jurisdiction? I understand how your argument helps you in terms of let's call it the unit of violation But how does that help you on a cruel and I think of it in terms of a kidnapping right if I kidnap you You don't say haha The statute of limitations started on the day that the kidnapping began and it doesn't and you know You hold the guy in captivity for five years and you don't charge me until five years plus a day tough luck if you're in an ongoing continuing scheme to to violate these laws Why isn't it an ongoing violation? Because in this case your honor the first of the kidnapping victims Robert Weathers was released from If you're going you're trying to hold the SEC to this theory that it is unitary, right? Yes, and you know in for a penny in for a pound right now You're in for you're buying in to the theory that it kept going as long as somebody else was being defrauded Which is the 10th Circuit case that the SEC relies upon A continuing violation is quoting here is actionable even before the last act of the violation Where the conduct that has already occurred is sufficient to support the claim So you're saying that if he and again, yes my hypothetical here that he considered to cheat the pants off people for 10 years You've got to catch him within X number of days or years From the very first moment that the cheating occurred Otherwise basically if he wanted he could continue in business today cheating them and we could never stop him That's your theory, right? Tell me why that's not true. Let's assume that to this very day. He were still sitting in that office committing the same churning offenses Wouldn't under your theory if you say well if you accept the SEC's theory that it's unitary Then now it's too late he's got free and he can keep doing this forever as long as there's part of a unitary theory Your honor. There's a very simple answer to that the SEC Absolutely could have pled claims against investors 2 through 13 and tried those and they would not have been time-borne That's just not the case that the SEC took to trial So by all means if we want to invent a time machine and go back to 2017 and then their complaint and amend the verdict They could have just they could have pled and they could have put to the jury separate claims for investors 2 through 13 They absolutely have the right to do that and that would have addressed your concern They can't keep cheating people, but that's not the case. They took to the jury, but it's only one client. Yes Mr. Webbers, yes, and assume he's being to this day and I go I know it's counterfactual Assume to this day your client were still out there and churning his file You would be telling me I think That because the SEC because the action accrued the first day he cheated him that the statute of limitations started running that day and Just because he kept cheating him for 10 years in a continuous matter didn't matter We had a catchment in the search the statute of limitations period And there might be a continuing duty under 50 continuing fiduciary duty which told that in that case that's counterfactual because mr Weathers last investment or more than five years before it So again, this isn't about what the SEC could have done The SEC had it at its disposal lots of remedies to sue my client based on 2 through 13 They just didn't use them. They decided to take a shortcut at trial. They decided to take it easy They got a lot of litigation advantages for the single scheme theory, but they have to pay the consequences You don't get to change your legal positions based on the quote-unquote Exigencies of the moment as the Supreme Court has said and that's exactly what they've done here. So that's why we say Definitely this whole place is time bar at a minimum though. We'd say the first penalty We have 13 penalties the first penalty is time or even they would concede that if we're right on the Super right on the jurisdictional point On the jurisdictional point So you argue that the language of 2462? Providing that late suits shall not be entertained Means that the statute here is jurisdictional Can you talk a little bit about the legislative history? which at least Makes seems to make clear that the change here was not intended to be substantive Well, we don't agree with that your honor they found some stray comment in a revisor's note which says that This was done as phraseology. Nobody knows what they meant by that There's a lot of different options. Maybe the pre night preamendment statute was also jurisdictional But in any event what we know from the latest Supreme Court rulings is you got to start a language of the statute itself And if the language is clear, you don't go beyond that and here it says shall not be entertained And the courts have said again and again and again that shall not be entertained is jurisdictional Why is shall not be entertained less discretionary than forever barred used in the FTCA? It'll seem like forever barred is clearer that Then shall not be entertained and the Supreme Court and long found that not to be jurisdictional I would disagree with that because shall not be barred speaks to a time bar It is exactly talking about a statute of limitations Where it shall not be entered and so barred speaks to what the litigant can do the litigant They're saying is barred from being this claim Entertained is speaking to what the court can do and I would point that this is not just for 2462 The other statute is 2255 which has come up a lot and it also uses a shall not be entertained It's about federal custody remedies on motion attacking sentence, but it uses this exact same language Shall not be entertained and the fourth sixth and eleventh circuits have said that It shall not be entertained is jurisdictional, but isn't there a big difference with the habeas language those didn't impose That language in it not come with a limitations period like we have with 2462 When you have a time bar that cabins the court's power Don't we then go go into the long territory and look at whether or not Congress has clearly stated that the time bar is Jurisdictional that's absent in the 2255 context Well again, we would say that the key language here is entertained But the other rest of the statute also gives us clues that the statute leads with except as otherwise provided by act of Congress So what it's saying is if you want relief from this go get another go get another statute from us You can't do it on your own It also provides within the context of this the one and only event instance in which the five years is told It says if the defendant has fled the United States, then there's going to be a toll. So Congress has already said hey Here's the one instance where you can go beyond the five years and it's directed again. This is not directed to litigants This is not directed the SEC or any government agency. It's directed to the courts This is a commandment from the Congress to the courts and it says and it says courts You can't do this unless you go back and get another statute from us and interestingly The SEC just did that Yes He just went back in January and convinced Congress to amend the securities laws to extend Dispatchment and injunction claims to ten years So this issue was out there There's it's not just in this case. There's lots of commentators writing about this issue If Congress intended to give the SEC the right to have tolling agreements, it could have stepped in and done that This issue was clearly presented. It didn't do that. It amended the very statute we're talking about and it left everything as is So your honors in this plea In this view, we believe that clearly This case is time-barred. The whole thing has to go if it if I have any time left for Penalties just very briefly your honor As we pointed out in our brief Penalties are where there's a single scheme. It's again an issue of judicial estoppel They pledged you to if they pledged single continuing scheme for beginning to end. This should have been one penalty. It definitely should have been 13 penalties what we have is a penalty. That's 19 times The alleged gain to my client there has never ever Been a case even remotely like this where the civil penalty was 19 times the alleged gain as we go through each Of the SEC's cases. They're always at most one-to-one parity. So with respect to the civil penalty Delacortes as I understand it below before the district court you argue that the SEC's proposal Which was larger than the civil penalty that was ultimately imposed was excessive. Is that right? Yes, your honor and isn't that substantively different from the argument that the district court did not have either the statutory or in your view even the constitutional authority to impose either that penalty or the smaller one that it actually imposes Your honor below in the penalty space We made the exact same argument that a single scheme needs to have one penalty That's almost verbatim the same now as an appellate litigator, I've put some gloss on it But if you look at the I think we quoted in our reply brief It might be a thank you very good a footnote somewhere So reply brief and a footnote a reply a footnote in a reply brief does not impress me Go ahead Because it's such a meritless argument we didn't expect the SEC to make it but yes we absolutely did argue at the penalty face below that a single scheme means a single penalty verbatim and so I can find a quote for you and I can Well, you've you've reserved a minute for rebuttal. So we'll hear about that Thank you, we'll hear from the SEC Ms. McKenzie Thank you, your honor. May it please the court Rachel McKenzie for the Securities and Exchange Commission I just want to start out by Clarifying that from the beginning of this case through the trial and to the jury the Commission consistently alleged that what happened here Was that mr Fowler committed the same acts the same fraudulent acts from beginning to end as to each of the 13 customers at issue It's clear from the complaint. If you look at exhibit a of the complaint There's a list of the accounts of issues 27 at that time because there were two defendants If you look at the presentation of evidence to the jury, it is true that all 13 did not testify However, there was evidence as to each of the 13 customers at issue And then I think most importantly your honors if you look at the way the court instructed the jury Mr. Fowler has stipulated and that's joint exhibit six that he recommended the same What he called an event journal strategy to each of these 13. What do you call the what? Thank you He stipulated that he recommended that same strategy to all 13 of these customers he repeated it again in his brief in this case I believe at page 6 and the court instructed the jury that because of that if the jury found that that strategy that the recommendation of that strategy which he by Stipulation made to all 13 of these customers was fraudulent Then the jury didn't need to make customer specific findings because that was subsumed in the fact that he made the same recommendations at each of them I would also point out at mr. Fowler's own words in His reply and I'm sorry in his opposition brief with regard to remedies below Said that the jury found that he had recommended and implemented high-cost high-frequency Trading for 13 specific customers with no reasonable basis to believe it would be suitable made material misrepresentations and omissions to those specific customers about the probative cost of the trading and chances of making a profit and made unauthorized trades in 12 specific customer accounts There is no way anyone can look at the Commission's presentation of this case at the Instructions to the jury and that the jury's verdict and come away concluding as mr. Fowler now says that there is at most two violations that issue here I want to turn Can I ask you just much more generally this is a problem we have with many laws, you know, what's the unit of violation? What is the unit of violation it can't be that we look at a particular case and say well This is a reasonable way to figure out what the violation is here And I know it's a tricky issue in the criminal law in the civil law. What is the unit of violation? So you are in your reason think that the way to look at it is for each violation, right? So we're considering what is meant by a violation in the most natural reading of the term Violation is that it's an act for or omission that breaches the securities laws now Why isn't that each trade? It could be yeah Your honor How is it? It could be could be maybe but we don't know or is it or is it no your honor to be clear He violated the securities laws each time. He had a minimum in an unauthorized trade which was over 600 trades in this case So why aren't there 600 violations? I mean is the government's argument it look he violated it 600 times He shouldn't be complaining because he got off easy. He got 13, so he's lucky Is that the government's position that the trades are the violations and he got lucky you only got 13 or is it that no in fact Here, even though he violated. It's 600 times. We're it's not really 600 violations. It really is 13 violations Your honor the Commission's position is that he did violate the securities laws each time He made these unauthorized trades So as we argued in our brief, there were actually far more violations than victims in this particular case But within the bounds of what the statute allows a district court can decide what he believes is reasonable And what the district court did was actually quite conservative, right? He looked at the verdicts and said look I couldn't say each trade I think that that would result in a penalty that no human being could possibly pay even though there's no evidence of mr Fowler's financial condition in the record that seems too much But what I can say with quite certainty is that there were 13 customers who were devastated by mr Fowler's misconduct in this case, so I'm going to assess a hundred and fifty thousand dollar penalty for each of those customers Several of whom were bankrupted by mr. Fowler So what you're really saying is McKenzie is that there's nothing to prohibit the district court or at the government Yes, you see for that matter aggregating these units of violation. It's a larger packet so to speak Your honor the Commission could propose that right? So the statute sets an upper ceiling, right? It says this is the limit that Congress is allowing but that doesn't mean that ever any penalty up to that Maximum would necessarily be reasonable. I mean, I looked at what this court did in the UPS UPS case that mr Fowler relies on. The district court said 278 million dollar penalties because two statutes have been violated multiple times and this court looked at that and said that's permissible by statute We don't think it's reasonable. There should only be one 78 million dollar penalty So, I mean, there's actually three different constraints on what a court can do with respect to penalties. There's what the statute says there's the evidence in the case and then there's a Court assesses based on the factors That it's articulated several times. It's how egregious this misconduct was. Was it recurrent or isolated? What's the degree of standard or substantial losses involved and on each of those the district court looked at what happened here and said? Yes, this is egregious this went on for years Mr. Fowler has even though people were complaining about his conduct didn't change his behavior at all So the degree of standard is through the roof quite frankly And there were substantial losses nobody disputes that and mr. Fowler Once you find a violation does and just help me out here and maybe I'm misunderstanding things Is there a fixed amount that must be imposed per violation or is there a maximum dollar amount per violation? There's a maximum dollar amount. Why is it that in an act of mercy or clemency You say well, we're gonna say there are fewer violations but with higher dollar amounts, I guess what I'm wondering is Shouldn't we be acting with greater analytical clarity and If the violation is the trade Let's just say there were 600 violations, but give a lower penalty per Violation if the court thinks that it would be excessive to give the maximum on each of those Then why isn't it the case that the court would say well, no, I think in the aggregate $100,000 or a million dollar or whatever. The appropriate amount is is the aggregate penalty? But I guess I worry that if we start playing in each case with what the violation is that that seems like an unusual and Maybe maybe dangerously malleable concept then if we don't have a uniform concept of what the violation is Your honor, I think the district court could have assessed penalties along the lines that you suggest I mean again, I think you have to look at what the statute says Which is that the district court can assess a penalty for each violation? That's why it seems to give lots of discretion about what the penalty is But it seems like it It seems odd to me to allow the district court to have also discretion in deciding what the violation is on a case-by-case basis because you could have two cases where Someone like mr. Fowler commits, I don't know a hundred unauthorized chain trades per per victim and One district judge announces there are a hundred violations and a just different district judge on the same facts as there's there's one violence So your honor again, this is an abuse of discretion Standard this court has said multiple times within the bounds permitted by statute is within the district courts discretion to set a penalty There were violations for each unauthorized trade made the district court determined that it would essentially Group those violations by customer. I think what the exact language district court uses I can look at this as if there were 13 schemes, right? There were 13 customers for whom he Committed all this misconduct So I'm going to set it at the maximum for those 13 and I don't think that that was an abuse of discretion Again if we're if we're talking about violations, they are at a minimum each customer They are certainly each trade and what the district court did here was entirely reasonable and in fact quite conservative Did did mr. Fowler? Argued this point. That is the specific point. No, your honor. Mr. Fowler below did not make any argument about What the district court was permitted to do under statute all that he argued was that it would be appropriate to only assess a Single hundred and fifty thousand dollar penalty, but he did not run the kind of argument that we're discussing here On the question of jurisdiction I do want to touch on that briefly to emphasize for the court that it has already decided albeit in unpublished opinions So we've never decided this issue in an opinion, which I you know, I'm flabbergasted by Or I should be flabbergasted by it's been by some reward in every case that correct There are nine different judges of this court that have looked at this issue and determined that section 2462 Is not jurisdictional and it did so following what the Supreme Court said in Wong Just taking through the factors The Supreme Court said you have to have a clear statement to determine that a time limitation such as the line issue here is jurisdictional If this particular statute does not provide such a clear statement, it doesn't speak in jurisdictional terms It's in a separate title from the jurisdictional grant in this case the jurisdictional grants in this case Which are in the Securities Act and the Exchange Act and even looking at title 28 Section 2462 is not in the chapter that addresses jurisdiction and venue The only language Mr. Fowler points to is the shall not be entertained language Which as your honors noted the revisers note specifically say it was a change in phraseology And when you say change in phraseology the can of construction is that means that it's not substantive That is hardly the kind of clear statement that the Supreme Court was looking for in Wong And you know this partly because that change in language happened in 1948 and there is only one court that has ever looked at this in that 70 intervening years and determined that that means that the statute The change in language went from maintained to entertained at that rate. Yes, your honor Why couldn't maintained if I've had the meeting meaning that Mr. Fowler is Advocating for us to to accept here Well your honor I think the cases that Mr. Fowler himself points to indicate that that maintained Does not denote jurisdictional And again, it's not the kind of clear statement that the Supreme Court was looking for in Wong and as your honor noted The language there was arguably That issue along was arguably more clear than what was the issue here and the Supreme Court determined that it is not jurisdictional One question one quick, I'm sorry go ahead. No, your honor, please one quick housekeeping question on the Business expenses. Yeah, I understand, you know Lou is to me a little confusing, but I understand that Mr. Fowler did not actually provide evidence of any legitimate business expenses. Is that right? That's correct. Your honor Mr. Fowler did not Commission burden is to come up with a reasonable approximation of what his ill-gotten gains were it did so mr Fowler did not present any evidence to dispute that calculation The Commission proposed in the district court deducted from the award the amount of money that went to mr Fowler's business partner and the amount of money that went to his firm And mr. Fowler below did not identify any expenses beyond that that should have been deducted and I will note does not even on appeal Identify any expenses that would not have been covered by the deductions the court already made I do want to know your honor as we noted in our brief in our letter of December 8th that there was a calculation error in the discordant award that this court should modify But beyond that this court should affirm both the jury's verdict and the revenues the district court ordered in light of it And unless the court has further questions, we're happy to rest on our briefs on the other issues that mr Fowler raised in this case and can we correct that calculation error or do that need to go back to the district court? I believe your honors have the authority to modify a disborder award, especially because there's no dispute as to what the modification should be Obviously if your honors would prefer for the district court to do that in the first instance, that's fine We would just ask that any sort of remand order along those lines be clear as to what exactly the disorder is going to be doing Thank you very much Mr. Delaportes Very briefly just to address two questions for the bench first judge Well, he is question on page 18 of our reply brief the body not the footnote. I was wrong We point out that in our penalties brief below We said quote in light of the SEC's allegations and jury finding that mr Fowler violated a number of securities laws and carrying out a single scheme and given a discordant amount of 116,000 a single penalty of 150,000 is more appropriate than the per statute penalty requested by the SEC So we didn't preserve it below I have presented additional reasons why Why it's appropriate that's gloss. I'm allowed to put on an appellate brief Very quickly for judge Nardini's question about how to read the statute There's one thing that's clear from the statute You don't read it by per victim just from the language of the statute to get to third tiers You have to show that such violation directly or indirectly Resulted in substantial losses or created a significant risk of substantial losses to other persons So the fact that multiple people are affected is what gets you from second to third tier You don't then bootstrap that and say oh now there's multiple Violations if that were the violation then each violation only affected one person and none of them are third tier Your honor also asked about Every trade. Every trade here was not a violation that wasn't the SEC's theory. The SEC's theory is that taken in totality by account There was too many trades. There's not any one particular trade that the SEC ever said was excessive They said you have to look at the trades by account in totality and that's what's excessive So you can't get it. You can't get a violation per trade and lastly as to the unauthorized training According to the judge's own ruling that has nothing to do with the multiplication of third tier penalties There is no evidence at trial that Any unauthorized trade cost any investor a single dollar let alone substantial losses They proved unauthorized training through this Phone analysis that they never showed that it created third tier penalties They never tried at any point to link the unsubstantial trades to third tier penalties So under no circumstances should this court consider unauthorized trades to be part of that. Thank you. Thank you very much. Mr. Del Portis. Thank you, your honor. The case is submitted. We'll reserve decision.